AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: Mag. No. 20-00660 WRP | Date and time warrant executed: 6/19/20  0831 hrs. | Copy of warrant and inventory left with: CHAD GABRIS |
|---|---|---|

Inventory made in the presence of:
CHAD GABRIS, KEVIN BOSWELL, MICHAEL BRITO, BLAINE OSATO

Inventory of the property taken and name(s) of any person(s) seized:

(2) BUCCAL SWAB LEFT INNER CHEEK
(2) BUCCAL SWAB RIGHT INNER CHEEK
(5) HAIR SAMPLES TOP/CROWN OF HEAD
(5) HAIR SAMPLES FRONT OF HEAD
(5) HAIR SAMPLES BACK OF HEAD
(5) HAIR SAMPLES LEFT OF HEAD
(5) HAIR SAMPLES RIGHT OF HEAD

TOTAL (4) BUCCAL SWABS, (25) HAIR SAMPLES FROM CHAD GABRIS.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jun 19, 2020, 11:34am
LIAN ABERNATHY, CLERK JT

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/19/2020

Executing officer's signature

Kevin Boswell   FBI TFO
Printed name and title

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means        ☑ Original      ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Buccal Swabs and Hair Samples from the person<br>CHAD GABRIS | )<br>)<br>)  Case No. Mag. No. 20-00660 WRP<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____  District of \_\_\_\_Hawaii\_\_\_\_
*(identify the person or describe the property to be searched and give its location):*
See Attachment A, hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B, hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before \_\_\_\_July 2, 2020\_\_\_\_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for \_\_\_\_ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  June 18, 2020 at 12:43 p.m.

City and state:  Honolulu, Hawaii

*(signature)*
Wes Reber Porter
United States Magistrate Judge